```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    SEHILA K. OBERTO
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

                          FILED
                          SEP 11 2007
                          CLERK, U.S. DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
                          BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: | S.W. NO. |
| 1: . 07 SW 00169   SMS | **UNDER SEAL** |
| 8200 Stockdale Highway # K4 Bakersfield, California 93311 | ORDER SEALING SEARCH WARRANT AFFIDAVITS |
| 1: . 07 SW 00167   SMS 3700 Gosford Road Suite C Bakersfield, California 93309 | |
| 1: . 07 SW 00174   SMS 12504 Crown Crest Drive Bakersfield, California 93311 | |
| 1: . 07 SW 00173   SMS 10509 New Quay Court Bakersfield, California 93311 | |
| 1: . 07 SW 00172   SMS 12716 Crown Crest Drive Bakersfield, California 93311 | |
| 1: . 07 SW 00179   SMS 5208 Glacier Canyon Court Bakersfield, California 93313 | |
| 1: . 07 SW 00178   SMS 12403 Crown Crest Drive Bakersfield, California 93311 | |
| 1: . 07 SW 00168   SMS 11503 Walderi Street Bakersfield, California 93311 | |
| 1: . 07 SW 00171   SMS 11719 Covent Gardens Drive Bakersfield, California 93311 | |
| 1: . 07 SW 00170   SMS 4500 California Avenue Suite #209 Bakersfield, California 93309 | |
| 1: . 07 SW 00175   SMS 12004 Bedfordshire Drive, Bakersfield, California 93311 | |
| 1: . 07 SW 00176   SMS 11911 Crockett Court, Bakersfield, California | |
| 1: . 07 SW 00177   SMS 10800 Stratton Court, Bakersfield, California | |

1

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: 9/11/07

SANDRA M. SNYDER
U.S. Magistrate Judge

1